# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# ALEXANDRIA DIVISION

**GABRIEL JENNINGS**

**CIVIL ACTION NO. 05-1483**

-vs-

**JUDGE LITTLE**

**FREDERICK MENIFEE, WARDEN**

## JUDGMENT

Before the court is a report and recommendation of the magistrate suggesting that the petition for writ of habeas corpus filed pursuant to 28 U.S.C. § 2241 by *pro se* plaintiff Gabriel Jennings ("Jennings") be denied and dismissed with prejudice. Jennings has timely filed an objection.[1] After full record review, this court adopts the reasoning and conclusion of the magistrate.

Accordingly, the petition for writ of habeas corpus filed by Jennings pursuant to 28 U.S.C. § 2241 is DENIED and DISMISSED WITH PREJUDICE.

Alexandria, Louisiana

24 April 2006

F. A. LITTLE, JR.
UNITED STATES DISTRICT JUDGE

---

[1] This court shall make a *de novo* determination of those portions of the report or specified proposed findings or recommendations to which objection is made and may accept, reject, or modify, in whole or in part, the findings or recommendations by the magistrate. See 28 U.S.C. § 636(b)(1); LR 74.1W(B); United States v. Wilson, 864 F.2d 1219, 1221 (5th Cir. 1989). The district court is not, however, required to reiterate the findings and conclusions of the magistrate if found to be correct. See Warren v. Miles, 230 F.3d 688, 694-95 (5th Cir. 2000).